# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

   VS             CASE NO.  1:92-CR-01025-01 MMP

TURNER BAKER

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __ Fine, _X_ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:_____Turner Baker #09661-017_____ (Payee)
Address:   Coleman, USP
     PO Box 1033
     Coleman, FL 33521

Receipt Number _B031207_____   Date of Receipt _____4/2/07_____

Motion: N/A

Explanation: A review of the payment records for Mr. Turner indicates an overpayment of $50.00. According to the court dockets and financial records, Mr. Turner does not owe any additional money and should be reimbursed $50.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____*s/Philip Detweiler*_____
      Philip Detweiler, Financial Specialist    Date:  April 23, 2007

Referred by: _____,Deputy Clerk_____

## ORDER OF COURT

It is ORDERED this __24th_____ day of __April_____, 2007, that the Clerk refund the identified funds to the payee.

                 _s/Maurice M. Paul_____
                 MAURICE M. PAUL, SENIOR
                 UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99